

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Jose Juan Juarez, Appellant

No. 06-22-00060-CR     v.

The State of Texas, Appellee

Appeal from the 402nd District Court of Wood County, Texas (Tr. Ct. No. 24,070-2019). Memorandum Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice van Cleef participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the trial court's order denying the motion for post-conviction DNA testing.

We note that the appellant, Jose Juan Juarez, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED SEPTEMBER 9, 2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk